UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:14-CR-3 |
| ) | JUDGES Varlan/Shirley |
| REDA OVERTON ) | |
| Defendant. ) | |

## INFORMATION

The United States Attorney charges that:

Beginning in or around December 2008, and continuing through in or around June 2012, in the Eastern District of Tennessee, Defendant **REDA OVERTON**, while a person employed, directly and indirectly, by Locomotive Engineers, a labor organization engaged in an industry affecting commerce, did embezzle, steal, and unlawfully and willfully abstract and convert to her own use the moneys, funds, securities, property, and other asserts of said labor organization in the approximate amount of $206,056.71, in violation of Title 29, United States Code, Section 501(c).

WILLIAM C. KILLIAN
UNITED STATES ATTORNEY

BROOKLYN SAWYERS
Assistant United States Attorney